THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>TECH DATA CORP.,<br><br>　　　　　　Defendant. | Civil Action No. 1:18-cv-20333-CMA<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Tech Data Corp. ("Tech Data"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all of Symbology's claims WITH PREJUDICE and all of Tech Data's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: April 5, 2018                                          Respectfully submitted,

/s/ Alex J. Whitman
Thomas C. Wright
*Admitted Pro Hac Vice*
Alex J. Whitman
Florida Bar No. 86276
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

-and-

/s/ Eleanor T. Barnett
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
Waldman Barnett, P.C.
3250 Mary Street, Suite 102
Coconut Grove, FL 33133
Telephone: (305) 371-8809
Facsimile: (305) 448-4155

**ATTORNEYS FOR DEFENDANT
TECH DATA CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5th day of April, 2018.

/s/ Alex J. Whitman
Alex J. Whitman